SANDRA A. WEEKES *v.* PAUL A. WEEKES
(4603)

BORDEN, SPALLONE and BIELUCH, Js.

Argued February 6—decision released February 17, 1987

*Paul A. Weekes,* pro se, the appellant (defendant), filed a brief.

*Louis I. Parley* filed a brief for the appellee (plaintiff).

PER CURIAM. Our review of the record and briefs filed in this appeal, coupled with our analyses of those claims of error which are properly before this court, indicate that the trial court acted reasonably in the exercise of its discretion and in accordance with the law.

There is no error.